IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RYAN GAW,                       )
                                )
        Petitioner,              )
                                )
    v.                          )    1:25-cv-146
                                )
WARDEN,                         )
                                )
        Respondent.              )

### ORDER

On March 14, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to to Petitioner filing in the proper district.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 10th day of April, 2025.

/s/ William L. Osteen, Jr.
United States District Judge